Ricky Woods EL, A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person.

**Petitioner / Alleged Accused,**

(Hereinafter Petitioner)

Official Notice is hereby served on the STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY; all Judicial Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to Federal Court. All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

## I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, Ricky Woods EL In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHT-TEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI

of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II

## PARTIES

### Plaintiffs

1. STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY, private corporation; foreign to the United States Republic; and all TENNESSEE CITY Employees; Agents; Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against Ricky Woods EL..

2. Anthony G. Yanover , officer of the METROPOLITAN NASHVILLE POLICE DEPARTMENT, private corporation, foreign to the United States Republic; and foreign to the organic Tennessee Republic.

3.

3. Court Administer for the STATE OF TENNESSEE GENERAL SESSIONS COURT, private corporation foreign to the United States Republic; and foreign to the organic Tennessee Republic.

4. STATE OF TENNESSEE, corporation established in the year SEVENTEEN NINETY-SIX (1796), foreign to the organic Pennsylvania state Republic; and foreign to the United States Republic of North America.

### Petitioner

Ricky Woods EL, In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National, C/O 705 drexel st., Nashville Territory, Tennessee Republic [Postal Zone 8].

I, Ricky Woods EL In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / Bill of Exchange / Action, Number GS1039233/GS1039234.. Petitioner is with reasonable expectation that the Officers / Agents,

and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner / Plaintiff.

III

## CAUSE OF ACTION

The Petitioner / Ricky Woods EL was searched, seized, and detained by Policeman / Prosecuting Witness(s), Officer J. Parker, and Officer Z. Akers; employed by the Metropolitan Nashville Police Department who stated that Ricky Woods EL, was in violation of statute(s) 39-17-1307(c)*1; 39-13-102 which is private policy (being classed as law).

The STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

This allegedly - accused Petitioner believes that in accord with the Substantive Rights retained by the Petitioner, notifying all parties of the Petitioner's Moorish American (Identification / Status) and that the Petitioner was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

**The Officers** of STATE OF TENNESSEE commanded that the Petitioner Pay Fines and Costs Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon the Order / Instrument, and was improperly spelled, "RICKY WOODS" in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "RICKY WOODS " is clearly (an artificial – person / entity); is not me, the Natural Person; is a deliberate grammatical error, intended for injury to me; and is clearly not of consanguine relationship to me or to my nationality, in any form, truth, or manner,; nor to my Moorish Family Bloodline. This is a violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating my Substantive Rights, and the Articles of Part 1 of 'The *Rights of Indigenous People'* (http://en.wikisource.org/wiki/Draft:United_Nations_Declaration_on_the _Rights_of_Indige...) as follows:

"Indigenous People have the right to a full and effective  enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations; The Universal Declaration of Human Rights; And International Human Law."

Article 5 of the *Rights of Indigenous People*

"Every Indigenous individual has the Right to a Nationality.",

Article 15 of the *Declaration of Human Rights* (http//www.un.org/Overview/rights.html)

everyone has a right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his name."

This Petitioner made a "Reservation of Rights" as stated on the ticket / summon / suit/ complaint No. GS1039233/GS1039234 and signed for the record; name, correct spelling of name.

Plaintiff Officer(s) J. Parker/ Z. Akers is with the 'want of jurisdiction' by knowingly and willingly conspiring (under a Color-of-Authority) to deny this Petitioner, Jonah Phillips El , (after this Petitioner made a reservation of rights and stating for the record; name, correct spelling of name, and national status) her Inalienable Rights, the right to a Name and Nationality of her choosing, etc. The State / Judge / Accuser(s) alleged and assumed the Petitioner of being a Corporate Ward-ship 14th Amendment Artificial Negro Person / citizen, which resulted in an unlawful arrest-of-rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED-THRITY-SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of Nineteen Hundred and Forty-Eight (1948) A.D. – General Assembly, United Nations; a violation of 'The Declaration of the Rights of The Child' of Nineteen Hundred and Fifty-Nine(1959) A.D(**http://www.un.org/cyberschoolbus/humanrights/resources/child.asp**); and violating 'The Rights of Indigenous Peoples'; and that the Officers of THE STATE OF TENNESSEE knowingly committed 'fraud' against the Petitioner (Jonah Phillips El) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' **right to due process under the Law, and equal protection of the Law**, Article 1 Section 10 of The Constitution for The United States of America (Republic) which secures this Petitioner the right to contract and conspiracy to commit fraud against this Petitioner and against the United States Republic.


**IV**

**CONCLUSION**

1) It is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

2) The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare that the style of the Confederacy shall be the United States of America.

**3)** All parties to the *Articles of Confederation* of 1778 did also agree that *Article IX* shall set forth the procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

**4)** All parties to the *Articles of Confederation* of 1778 did also agree that no Congress shall thereafter alter *Article IX* of the *Articles of Confederation* unless it has received confirmation to do so by every State in the Union (*Article XIII* of the *Articles of Confederation*).

**5)** The United States, pursuant to an "*Act*" of the States sitting in Congress under the *Articles of Confederation* of Seventeen Hundred and Seventy-Eight (1778) A.D., authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "*revision*" to the *Articles of Confederation* of 1778 (*REPORT OF PROCEEDINGS IN CONGRESS*, Wed., Feb.21, 1787 [*Journals of the Continental Congress, vol. 38*]).

**6)** The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

**7)** The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. *Article 10* of the *Bill of Rights* to the *Constitution of the United States*] (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

**8)** By the wording of *Article VI* of the *Constitution for the United States*; the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of that Constitution.

**9)** The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9* of the *Bill of Rights* to the *Constitution for the United States*).

**10)** The parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10* of the *Bill of Rights* to the *Constitution for the United States*).

**11)** On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States* (*10 Stat. 612, sec. 1, sec. 7*)

**12)** The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination.

**13)** Notwithstanding the limitations imposed upon the United States Claims Court by *P.L. 97-164* and its subsequent United States Court of Federal Claims by *P.L. 102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I* of the *Bill of Rights*

6

to the *Constitution for the United States* to limit its investigations to moneyed claims.

14) The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by the several States of the Union, violates the "*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of 1778.

15) Between the years of 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States*. These Petitions challenged the procedure by which the Congress used to amend the Constitution for the United States. The Amendments in question are the unlawfully - ratified 13th, 14th and 15th Amendments (hereinafter referred to as the "Three Dead Badges of Law").

16) "No change in ancient procedure can be made which disrupts those fundamental principles, which protect the citizen in his private right and guard him against the arbitrary action of the government." Ex Parte Young, 209 US 123.

17) The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2.

18) Black's Law Dictionary 4th Ed. Defines "Law of the land", - When first used in Magna Charta, the phrase probably meant the established law of the kingdom, in opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex 251; Beasley v. Cunningham, 171 Tenn. 334. 103 S.W.2d 18, 20110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution Mayo v. Wilson, 1 N.H. 53.

19) Clause 3, clarifies the scope of this requirement when it states that "…All judicial officers, both of the United States and of the several states shall be bound to support this Constitution…"

20) The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

21) The unconstitutional charges being applied to this Petitioner are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Petitioner does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to travel as evidenced in positive law and stare decisis, to wit; Chicago Motor Coach v. Chicago 169 NE 221 " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived"; Teche Lines v. Danforth, Miss. 12 So 2nd 784, 787 "the right to travel on the public highways is a constitutional right", Slusher v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579 – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but

a common right which one has to life, liberty and the pursuit of happiness" and the State's application of 625 ILCS 5/et seq is "notwithstanding", Article VI cl.2 Ibid.

22)     The Petitioner claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

23)     The unconstitutional charges being applied to the Petitioner are repugnant to the Constitution because they deny a right established and guaranteed in the 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Amendments, and in United States Supreme Court **'Stare Decisis'** so noted above, where this court has no authority to adjudicate contrary.

24)     The unconstitutional charges under which the Petitioner is being forced to answer are non-constitutional on their face and unconstitutional when applied to the Petitioner because they do not have an enacting clause or single subject title, thereby denying due process of law.

25)     Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

26)     "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441.

27)     Due Process as defined in H. C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning when applied to judicial proceedings. They then mean a course of legal proceedings according to those rules and principles, which have been established in our systems of jurisprudence for the enforcement and protection of private rights."

28)     "To give such proceedings any validity, there must be a tribunal competent by its constitution— that is by the law of its creation—to pass upon the subject-matter of the suit; and if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction obey service of process within the state or his voluntary appearance. Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565."

29)     "Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

30)     "If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599.

31)     These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law. They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized. Brown v. Levee Com'rs 50 Miss. 468."

**32)**   All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

**33)**   In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

**34)**   The Petitioner assert, Midland Coal Co. v. Knox County, 268 Ill.App.3d 485, 644 N.E.2d 796 (4th Dist. 1994) ("Special statutory jurisdiction is limited to the language of the act conferring it, and the court has no powers from any other source"…)

**35)**   The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on it's face of valid law, as it lacks the mandatory enacting clause,

**36)**   That the purpose of thus prescribing an enacting clause — "the style of the acts" — is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. State v. Patterson, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; Joiner v. State, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

**37)**   "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; Preckel v. Byrne, 243 N.W. 823, 826, 62 N.D. 356 (1932).

**38)**   That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

**39)**   That "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law." People v. Dettenthaler, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing Swann v. Buck, 40 Miss. 270.

**40)**   This Plaintiff (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show from what authority in law they exist, where they fail to show on their face, the mandatory enacting clause.

**41)**   Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and statutes and are not law, do not compel this Petitioner to perform and do not apply to him, and fail to show "authority for the court to make any order." Levy. Industrial Common Ibid, Midland Coal Co. v. Knox County, Ibid.

9

42) The Petitioner, demand all rights under the common law based upon the status as a matter of due process of law and to determine what legal rights the Petitioner has in this court and what rights will be denied, if any, to determine what jurisdiction the Plaintiff is attempting to apply to this Natural Born Citizen.

43) The Petitioner is not subject to the jurisdiction of this Plaintiff.

44) This Petitioner has no contract with TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY, or with the State of Tennessee; or with any other segment of the United States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

45) The Petitioner is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

46) "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans..."

47) Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self-determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and distinct from the territory of the State administering it..."

48) Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any law that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire..."

49) Colonial courts were divested of, and required to, transfer the judicative power and all power to the people of this territory, ibid.

50) See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26)

51) The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

52) The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

53) The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

54)    The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514 specifically required the United States of America to transfer *all power* to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

55)    The State of Tennessee through its commercial agencies, on the Driver's License, and other misrepresented Instruments, has committed 'fraud' to accomplish what is called in legal contemplation, "Capitis Diminutio Maxima", which is that my natural name has been murdered and I was resurrected as a non-natural, created entity subject to regulation and denied the protections of national and international law. This constitutes Fraud and denies due process of the law and the Freedom from the Practices and Policies of Apartheid described in the International Convention on the Suppression and Punishment of the Crime of *Apartheid* Adopted and opened for signature, ratification by General Assembly resolution 3068 (XXVIII) of 30 November 1973 at Articles1, 2 and 3, and the right not to be compelled to perform under any contract or agreement not entered into voluntarily, intentionally and knowingly.

56)    **Executive Order Number: 13107**, 63, Federal Register, 68,991 (1998)- Implementation of Human Rights Treaties, which states "It shall be the policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its obligations under the international human rights treaties to which it is a party including the ICCPR, the CAT and the CERD.". GENERAL SESSIONS COURT DAVIDSON COUNTY, by way of its Officers, violated 'Due Process' and, conspired to deprive rights of the Petitioner; and did neglect to prevent deprivation of rights at Title 18, U.S.C. 241 and Title 18, U.S.C. 242.

57)    Maine v. Thiboutot 448 US 1, 100 SCT 2502 – Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law.

58)    Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

59)    **Judicial officers have no immunity when they have no jurisdiction over subject matter.**

60)    This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871), 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page 352                           and                     352                  is              as                  follows: "Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

61)    Either subject-matter jurisdiction exists, or it doesn't. Subject-matter jurisdiction has been denied, it must be proved by the party claiming that the court has subject-matter jurisdiction as to all of the requisite elements of subject-matter jurisdiction

62) "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." – Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am. Jur. (1st) Highways Sect. 163.

63) "The right of a citizen (or others similarly situated) to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness." – Slusher v. Safety Coac Transit Co. 229 Ky 731, 17 SW2d 1012, affirmed by the Supreme Court in Thompson v. Smith 154 S.E. 579. (emphasis added)

64) "The right to Travel; The right to Mode of Conveyance; the Right to Locomotion are all absolute Rights, and the Police cannot make void the exercise of rights. State v. Armstead, 60 s. 778, 779, and 781"

65) "The right to Park or Travel is part of the Liberty of which the Natural Person and citizen cannot be deprived without "due process of Law" under the Fifth Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:"

66) "State Police Power extend only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 LED. At 449:"

67) "Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horse and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, and traveling without license plates, or registration are not threat to the public safety, and thus, are not arrest able offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt/ 89, 20 CA 3rd 1032 (1971)"

68) "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125:"

69) "The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:"

70) "For crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. Serer v. Cullen 481 F. 945:"

71) "If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT. 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt."

72) "In light of my status the complaint against me must be brought before an Article III court as per the rules governing the Treaty of Peace and Friendship of 1787."

Therefore in accord with the official oath of the officers of this court et al that all fraudulently presented improperly serviced instruments as per bill of exchange / suits / ticket / complaint # GS1039233/GS1039234 be dismissed, discredited and expunged from the record, etc.

73)   "Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties".
Griffin v. Matthews, 310 F supra 341, 342 (1969): "

74)   "Want of Jurisdiction may not be cured by consent of parties"> Industrial Addition Association v. C.I.R., 323 US 310, 313."

75)   "In Supreme Court case Murdock v. Penn. 319 US 105
"No state shall convert a liberty into a privilege, license it, and attach a fee to it".

76)   See also; Shuttlesworth v. Birmingham 373 US 26
"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."

77)   "Petitioner asserts "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them" Miranda v. Arizona 384 U.S. 436, 491.

78)   "An unconstitutional statute has been held to confer no authority on, and to afford no protection to, an officer acting thereunder." Also, "Officers cannot be punished for refusing to obey unconstitutional statute." (CJS 16, sec. 101, p. 479) "Such laws are in legal contemplation, as inoperative as though ' they had never been passed or as if the enactment had never been written, and are regarded as invalid or void from the date of enactment, and not only from the date on which it is judicially declared unconstitutional. Such a law generally binds no one, confers no rights, affords No Protections, and imposes no duties, and compliance therewith is unnecessary." (CJS 16, p. 469).

79)   "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec 177 late 2d, Sec 256.

82)   "The State cannot diminish rights of the People." – Hurtado v. California, 110 U.S. 516

82)   "The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74.

82)   "The individual may stand upon constitutional rights. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to an investigation, so far as it may tend to incriminate him. He owes no such duty or the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the state... He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 (1905).

83)   "The makers of the Constitution conferred, as against the government, the Right to be let alone; the most comprehensive of rights, and the right most valued by civilized men." – United States Supreme Court Justice Brandeis in Olmstead v. Unites States (1928).

84)   Based on customary international laws, the 5th Amendment of the Constitution for the United States of America, which guarantees due process of the law and Article IV of same Constitution Section 1; Full

Faith and Credit shall be given in each State to the public Acts, Records and judicial proceedings of every other state…

**85)** No person shall be denied the enjoyment of any civil or military right, nor be discriminated against in the exercise of any civil or military right, nor be segregated in the militia or in the public schools, because of religious principles, race, color, ancestry or national origin…

V

**RELIEF**

**1.** **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)** I, Ricky Woods EL, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**2)** I, Ricky Woods EL, demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

**3)** I, Ricky Woods EL, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**4)** I, Ricky Woods EL demand this United States Supreme Court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)** I, Ricky Woods EL do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

**6)** All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Number <u>GS1039233/GS1039234</u>, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)** All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable

actions on their part, by not adhering to the Law.

**8)** Any Plaintiff, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

**9)** Plaintiff STATE OF TENNESSEE is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**10)** Plaintiff STATE OF TENNESSEE GENERAL SESSIONS COURT OF DAVIDSON COUNTY is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**11)** Plaintiff Policeman, Anthony G. Yanover is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity.

**12)** Plaintiff STATE OF TENNESSEE COUNTY OF DAVIDSON is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

8/28/2024

Day 28 August, 2024 = 1442 M.C.

I Am: Ricky:LAMONT-Woods

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

Ricky - LAMONT : WOODS
Bene.

COMPLAINT NUMBER: 2024-0448031

WARRANT NUMBER: GS1039234

PROSECUTOR: Anthony G Yanover
DEFENDANT: Ricky Lamant Woods
VICTIM: Shatika Woods

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Vandalism- $1,000 or less
39-14-408

Personally appeared before me, the undersigned, **[Select one]** __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** _X__ he ___ she **[Select one]** ___ personally observed __X_ has probable cause to believe that the defendant named above on 07/07/2024 in Davidson County, *did unlawfully* BREAK A WINDOW OF THE RESIDENCE.

and that *the probable cause is as follows*:

ON 07/06/2024 AT APPROXIMATELY 2301 HOURS, OFFICERS WERE DISPATCHED TO A DOMESTIC DISTRUBANCE CALL LOCATED AT 270 TAMPA DR., NASHVILLE, TN 37211. THE CALL WAS UPDATED THAT THE VICTIM WAS TRANSPORTED TO VANDERBILT HOSPITAL BY A FAMILY MEMBER DUE TO HER BELIEVEING SHE WAS HAVING A HEART ATTACK. UPON ARRIVAL AT VANDERBILT HOSPITAL, OFFICERS MADE CONTACT WITH THE VICTIM. THE VICTIM STATED THAT HER ON AND OFF BOYFRIEND OF 17 YEARS, WHO SHE HAS A CHILD WITH, THE DEFENDANT, PICKED HER UP FROM WORK TODAY AND DROVE HER HOME TO 270 TAMPA DR. WHEN THEY ARRIVED, THE DEFENDANT SEEMED OFF AND BEGAN ARGUING WITH HER. THE DEFENDANT SAID HE WANTED TO COME INSIDE TO GET SOME OF HIS BELONGINGS BUT THE VICTIM SAID NO SINCE HE DOES NOT LIVE AT THE RESIDENCE AND WAS ARGUING WITH HER. THE VICTIM STATED THAT SHE GOT IN THE DEFENDANT'S WAY TO PREVENT HIM FROM ENTERING THE RESIDENCE AND THE TWO BEGAN PUSHING EACHOTHER. THE VICTIM STATED THAT THE DEFENDANT THEN GRABBED HER BY HER BRAIDS AND THREW HER TO THE GROUND, RIPPING TWO BRAIDS OUT OF HER HEAD AND CAUSING SCRATCHES TO HER LEFT KNUCKLES. **THEVICTIM STATED THAT THE DEFENDANT THEN BROKE THE VICTIM'S FRONT WINDOW OUT** AND FLED THE SCENE. IT IS UNKNOWN IF THE DEFENDANT MADE ENTRY INTO THE APARTMENT. OFFICER'S OBSERVED SCRATCHES ON THE VICTIM'S KNUCKLES AND LEFT SIDE OF HER HEAD. OFFICER'S ALSO OBSERVED TWO PATCHES IN HER HAIR WHERE BRAIDS USED TO BE THAT WERE RIPPED OUT BY THE DEFENDANT. **OFFICER'S OBSERVED PHOTOS OF THE SCENE THAT SHOWED THE VICTIM'S BRAIDS ON HER FRONT LAWN AND THE FRONT WINDOW OF HER RESIDENCE BROKEN OUT**. THE DEFENDANT WAS TAKEN INTO CUSTODY DOWN THE ROAD NEAR 318 WALLACE RD.

ESignature
_____

Prosecutor: Anthony G Yanover    4009939
600 Murfreesboro Road {STATION_ASSIGNED}

Nashville, Tennessee 37210

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Vandalism- $1,000 or less A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn and subscribed before me on 07/07/2024 01:26:26.

COMPLAINT NUMBER: 2024-0448031          WARRANT NUMBER: GS1039234

PROSECUTOR: Anthony G Yanover
DEFENDANT: Ricky Lamant Woods
VICTIM:    Shatika Woods

_____

Umeka M Foreman
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0448031     WARRANT NUMBER: GS1039233

PROSECUTOR: Anthony G Yanover
DEFENDANT: Ricky Lamant Woods
VICTIM:    Shatika Woods

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Assault, Domestic Bodily Injury
39-13-111*1

Personally appeared before me, the undersigned **[Select one]** __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** __x_ he ___ she **[Select one]** ___ personally observed __x_ has probable cause to believe that the defendant named above on 07/07/2024 in Davidson County, did unlawfully **[Select one]** __x_ intentionally, knowingly, or recklessly cause bodily injury to the victim named above, a domestic abuse victim ___ intentionally or knowingly cause the victim named above, a domestic abuse victim, to reasonably fear imminent bodily injury ___ intentionally or knowingly cause physical contact with the victim named above, a domestic abuse victim, and a reasonable person would regard the contact as extremely offensive or provocative.

*The probable cause is as follows:*

ON 07/06/2024 AT APPROXIMATELY 2301 HOURS, OFFICERS WERE DISPATCHED TO A DOMESTIC DISTRUBANCE CALL LOCATED AT 270 TAMPA DR., NASHVILLE, TN 37211. THE CALL WAS UPDATED THAT THE VICTIM WAS TRANSPORTED TO VANDERBILT HOSPITAL BY A FAMILY MEMBER DUE TO HER BELIEVEING SHE WAS HAVING A HEART ATTACK. UPON ARRIVAL AT VANDERBILT HOSPITAL, OFFICERS MADE CONTACT WITH THE VICTIM. THE VICTIM STATED THAT HER ON AND OFF BOYFRIEND OF 17 YEARS, WHO SHE HAS A CHILD WITH, THE DEFENDANT, PICKED HER UP FROM WORK TODAY AND DROVE HER HOME TO 270 TAMPA DR. WHEN THEY ARRIVED, THE DEFENDANT SEEMED OFF AND BEGAN ARGUING WITH HER. THE DEFENDANT SAID HE WANTED TO COME INSIDE TO GET SOME OF HIS BELONGINGS BUT THE VICTIM SAID NO SINCE HE DOES NOT LIVE AT THE RESIDENCE AND WAS ARGUING WITH HER. THE VICTIM STATED THAT SHE GOT IN THE DEFENDANT'S WAY TO PREVENT HIM FROM ENTERING THE RESIDENCE AND THE TWO BEGAN PUSHING EACHOTHER. **THE VICTIM STATED THAT THE DEFENDANT THEN GRABBED HER BY HER BRAIDS AND THREW HER TO THE GROUND, RIPPING TWO BRAIDS OUT OF HER HEAD AND CAUSING SCRATCHES TO HER LEFT KNUCKLES.** THEVICTIM STATED THAT THE DEFENDANT THEN BROKE THE VICTIM'S FRONT WINDOW OUT AND FLED THE SCENE. IT IS UNKNOWN IF THE DEFENDANT MADE ENTRY INTO THE APARTMENT. **OFFICER'S OBSERVED SCRATCHES ON THE VICTIM'S KNUCKLES AND LEFT SIDE OF HER HEAD. OFFICER'S ALSO OBSERVED TWO PATCHES IN HER HAIR WHERE BRAIDS USED TO BE THAT WERE RIPPED OUT BY THE DEFENDANT.** OFFICER'S OBSERVED PHOTOS OF THE SCENE THAT SHOWED THE VICTIM'S BRAIDS ON HER FRONT LAWN AND THE FRONT WINDOW OF HER RESIDENCE BROKEN OUT. THE DEFENDANT WAS TAKEN INTO CUSTODY DOWN THE ROAD NEAR 318 WALLACE RD.

ESignature
_____

Prosecutor: Anthony G Yanover    4009939
          600 Murfreesboro Road {STATION_ASSIGNED}

       Nashville, Tennessee 37210

_____

## A R R E S T   W A R R A N T

_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Assault, Domestic Bodily Injury A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

1 of 2 pages

PROSECUTOR: Anthony G Yanover
DEFENDANT: Ricky Lamant Woods
VICTIM:      Shatika  Woods

Sworn to and subscribed before me on 07/07/2024 01:24:56.

_____
Umeka  M Foreman
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

# IN THE GENERAL SESSIONS NIGHT COURT OF DAVIDSON COUNTY, TENNESSEE

**State of Tennessee vs.:**

**Defendant's Name:** Ricky Lamant Woods

Amount of Bond(if any): Applicable Conditions(see below): Tot Bond Amt:$5,000.00

| Case Number(s): | Amount of Bond(if any): | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GS1039233 | $2,500.00 | | | | | 5 | | |
| GS1039234 | $2,500.00 | | | | | 5 | | |

### Conditions of Release Order

After considering relevant information, the charges and the factors enumerated in T.C.A. §§40-11-115(b) and 40-11-118(b) it is ORDERED that the defendant named above SHALL be released on the above identified charges upon meeting the following (See above for the <u>one</u> category that applies per charge and fill in relevant bond amounts if applicable):

1. Pursuant to T.C.A. § 40-11-115(a) the defendant shall be released on his own recognizance.
2. Pursuant to T.C.A. § 40-11-115(a) the defendant shall be released upon executing an unsecured bond in the total amount of $5,000.00 _____ (amounts per charge are listed above).
3. Pursuant to T.C.A. § 40-11-116(b) the defendant shall be released upon meeting either of the following conditions:

    (1) Posting a secured bond pursuant to T.C.A. § 40-11-122 in the total amount of $5,000.00 _____, (amounts per charge are listed above) or

    (2) Upon being accepted by the Pre-Trial Services Department for supervision; should the department accept the defendant into their program no bond will be required, and the Department shall maintain close contact with the defendant, assist the defendant in making arrangements to appear in Court, and, where appropriate, accompany the defendant to Court.
4. Pursuant to T.C.A. § 40-11-116(b)(1) the defendant shall be released to the care of the Pre-Trial Services Department who shall maintain close contact with the defendant, assist the defendant in making arrangements to appear in Court, and, where appropriate, accompany the defendant to Court.
5. Pursuant to T.C.A. § 40-11-116(b), 117 and 118 no form of release other than posting a secured bond is appropriate. A secured bond will be posted in the total amount of $5,000.00 _____ (amounts per charge are listed above).
6. Pursuant to T.C.A. § 40-11-102 the defendant shall not be released at this time. A hearing regarding conditions of release and bond shall be held in an expeditious manner in the General Sessions or Criminal Court of Davidson County.

**Other conditions of release as follows:**

Other conditions of release may be ordered, pursuant to T.C.A. § 40-11-150 (see attached Domestic Violence Order if applicable).

Hereby ordered this the 7th, day of July 2024.



Magistrate Umeka MForeman

For ADA accommodations please contact Dehma Aguilar at 862-8335 or Gina Fox at 862-5199

cc: Clerk, Pretrial, Sheriff, Defendant

G.S. Ct. 01-024 Conditions of Release Order 02-28-02

| General Sessions Court (Tribunal)<br>Davidson County (Condado)<br>Nashville, Tennessee | Order Granting Bail For<br>Abuse Cases<br>(Orden Otorgando Fianza<br>Casos de Abuso) | Case Number(s)<br>(Número de Caso)<br>GS1039233 |
|---|---|---|

**STATE OF TENNESSEE vs. Ricky Lamant Woods**

Pursuant to Tennessee Code Annotated, Section 40-11-150, the Court has reviewed the facts of the arrest and detention of the defendant and has determined that the defendant: (check where applicable)
(De acuerdo al Código Anotado de Leyes de Tennessee, Sección 40-11-150, el tribunal ha revisado los hechos del arresto y detención del acusado y determina y encuentra que el demandado): (indique lo que sea pertinente)

☑ 1. Is a threat to the alleged victim, **See victim list below.** , or other family or household member.
   (Se le considera una amenaza para con la presunta víctima, **Vea la lista de víctimas a continuación.** u otros familiares o miembros del hogar.)

☐ 2. Is a threat to the public safety. (Se le considera una amenaza a la seguridad pública.)

☑ 3. Is reasonably likely to appear in court. (Existe la posibilidad de que comparezca ante el tribunal.)

☐ 4. Has been arrested for a criminal offense defined in titel 39, chapter 13, in which the alleged victim,
   **See victim list below.** , of the offense is a domestic abuse victim as defined in 36-3-601,
   and that there is probable cause to believe the respondent either:
   (Ha sido arrestado por un delito penal definido en el título 39, capítulo 13, en el cual la presunta víctima del delito,
   **Vea la lista de víctimas a continuación.** es una víctima de violencia doméstica como se define en §36-3-601,
   y que hay causa probable para creer que el demandado ha:)
   (A) Caused serious bodily injury, as defined in 39-11-106, to the alleged domestic abuse victim; or
      (Causado serio daño físico, como se define en §39-11-106, a la presunta víctima de violencia doméstica; o)
   (B) Used or displayed a deadly weapon, as defined in 39-11-106.
      (Usado o desplegado un arma mortal, como es definido en §39-11-106, determina que el acusado:)

   **Pursuant to the above findings, it is hereby ORDERED**
   **that the Defendant's release on bail is conditioned on the following:**
   (De acuerdo con los hallazgos anteriores, se ORDENA
   que la liberación bajo fianza del acusado está condicionada a lo siguiente:)

☐ 5. Has been arrested for the offense of aggravated assault, under T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), or (a)(1)(iv), in
   which the alleged victim of the offense is a domestic abuse victim as defined in §36-3-601, and that there is
   probable cause to believe the respondent:
   (Ha sido arrestado por el delito de asalto agravado, bajo T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), o (a)(1)(iv), en
   que la supuesta víctima del delito es una víctima de abuso doméstico como se define en §36-3-601, y que existe
   causa probable para creer al demandado:)
   (A) Caused serious bodily injury, as defined in T.C.A. §39-11-106, to the alleged domestic abuse victim;
   (Causó lesiones corporales graves, como se define en T.C.A. §39-11-106, a la presunta víctima de abuso doméstico;)
   (B) Strangled or attempted to strangle the alleged domestic abuse victim; or
   (Estranguló o intentó estrangular a la presunta víctima de abuso doméstico; o)
   (C) Used or displayed a deadly weapon, as defined in T.C.A. §39-11-106.
   (Usó o exhibió un arma mortal, como se define en T.C.A. §39-11-106.)
   **(Sections A-E below must be checked if the court finds #4 OR #5 above)**
   **(Las secciones A-E a continuación deben marcarse si el tribunal determina que #4 O #5 arriba)**

☐ The court having found number 4 or 5 above, the defendant shall have **no contact** with the alleged domestic abuse victim,
   **See victim list below.** . **Sections A - E below must be checked**
   (Habiendo encontrado el tribunal el número 4 ó 5 anterior, el demandado tendrá, **no tendrá contacto** con la
   presunta víctima de abuso doméstico, **Vea la lista de víctimas a continuación.** ** Secciones A hasta E debajo
   deban ser marcadas**)

☑ A. The defendant is enjoined from threatening to commit or committing specified offenses set forth in the warrant
   and against the alleged victim, **See victim list below.** , or other family or household member.
   (Se le prohíbe al acusado amenazar con cometer o cometer delitos específicos establecidos en la orden en contra
   de la presunta víctima, **Vea la lista de víctimas a continuación.** , u otros familiares o miembros del hogar.)

This document was EMAILED on 7/7/2024 AM at 02:13 by user uforeman from machine GSCTGDLPG13

B. The defendant is prohibited from harassing, annoying, telephoning, contacting or otherwise communicating with the alleged victim, **See victim list below.** ........................, directly or indirectly. Contact includes but is not limited to telephoning, emailing, text messaging, talking to, or using third parties to initiate contact.
(Se le prohíbe al acusado el acosar, molestar, contactar por teléfono o comunicarse de alguna otra manera con la presunta víctima, **Vea la lista de víctimas a continuación.** ya sea directa o indirectamente. El contacto incluye per no se limita a llamar por teléfono, mandar un email, enviar mensajes de texto, hablar con, o usar a terceros para iniciar contacto.)

C. The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any other location where the victim, **See victim list below.** ........................, is likely to be.
(Se le ordena al acusado abandonar o mantenerse alejado del hogar de la presunta víctima y mantenerse alejado de cualquier otro lugar en donde sea probable que la víctima, **Vea la lista de víctimas a continuación.** , se encuentre.)

☑ D. The defendant is prohibited from using or possessing a firearm or other weapon specified by the court as follows: **ANY WEAPON AS DEFINED IN T.C.A. § 39-17-1307, et. seq.** .....................................................
(Se le prohíbe al acusado utilizar o poseer armas de fuego u otras armas especificadas por el tribunal como sigue)

E. The defendant is prohibited from possessing or consuming alcohol or controlled substances.
(Se le prohíbe al acusado la posesión o consumo de alcohol o sustancias controladas.)

☑ F. The defendant is ordered to not abuse, threaten to abuse, hurt or try to hurt, or frighten the alleged victim and/or the alleged victim's minor children under 18.
(Se ordena al demandado no abusar, amenazar con abusar, herir o tratar de lastimar, o atemorizar a la presunta víctima y/o a los menores de 18 años hijos de la presunta víctima.)

G. Any other order required to protect the safety of the alleged victim, **See victim list below.** ......................, and to ensure the appearance of the defendant in court as determined by this court as follows:
(Cualquier otra orden necesaria para proteger la seguridad de la presunta víctima, **Vea la lista de víctimas a continuación,** y para asegurar la comparecencia del acusado ante el tribunal tal y como se determinó por este tribunal como sigue):

---

**Regarding the GLOBAL MONITORING SYSTEM,** the Court finds as follows:
(Check if applicable):
**En referencia al SISTEMA DE MONITOREO GLOBAL,** el tribunal encuentra lo siguiente:
(Marque si corresponde):

That the defendant's participation in a global monitoring system will deter the defendant from seeking to kill, physically injure, stalk, or otherwise threaten the alleged victim before trial.
(Que la participación del demandado en un sistema de supervisión global impida al demandado intentar matar, dañar físicamente, acosar, o de otra manera amenazar a la víctima presunta antes de la audiencia.)

The defendant ☐ is able ☑ is unable to pay for the costs associated with the system in relation to the defendant and if applicable, the costs associated with providing the victim with an electronic receptor device
(Que al demando ☐ le sea posible ☑ no le sea posible pagar los costos asociados con el sistema en relación al demandado y, si correspondiera, los costos asociados con proporcionar a la víctima con un aparato electrónico derecepción.)

That the defendant is indigent and should perform community service in lieu of paying the costs associated with the global monitoring system.
(Que el demandado sea indigente y deberá realizar servicio comunitario en lugar de pagar los costos asociados con el sistema de supervisión global.)

That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-11-152(d) and the victim has consented to participate in the system.
(Que la corte ha discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya dado consentimiento para participar en el sistema.)

That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-11-152(d) and the victim has refused to participate in the system.
(Que la corte haya discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya rehusado participar en el sistema.)

**ORDER REGARDING GLOBAL MONITORING SYSTEM**
(Check all applicable):
**ORDEN EN REFERENCIA AL SISTEMA DE MONITOREO GLOBAL**
(Indique lo que sea pertinente)
This document was EMAILED on 7/7/2024 AM at 02:13 by user uforeman from machine GSCTGDLPG13

(Indique lo que sea pertinente:)

[ ] The defendant shall carry or wear a global positioning monitoring system device.
(El demandado llevará un aparato del sistema de supervisión del posicionamiento global.)

[ ] The defendant shall pay the costs associated with operating that device and any electronic receptor device
provided to the victim, pursuant to § 40-11-152.
(El demandado pagará los costos asociados con la operación de este aparato y cualquier aparato de recepción
electrónica proporcionada a la víctima según § 40-11-152.)

[ ] The defendant is indigent and shall perform community service in lieu of paying the costs associated with the global
monitoring system.
(El demandado es indigente y realizará servicio comunitario en lugar de pagar los costos asociados con el sistema de
supervisión global.)

[ ] The entity that operates the global position monitoring system shall notify the magistrate and the appropriate local
law enforcement agency if a defendant violates a condition of the bond imposed under this section.
(La entidad que opere el sistema de supervisión del posicionamiento global notificará al magistrado y la agencia de la
fuerza del orden apropiado si un demandado viola una condición de la caución impuesta bajo esta sección.)

[ ] The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any
other location where the victim is likely to be, including these specific locations that the victim has requested the
defendant to stay away from:
(Se ordena que el demandado evacue o se mantenga alejado del hogar de la víctima presunta y que se mantenga alejado
de cualquiera otra ubicación donde es probable que la víctima esté, incluyendo estas ubicaciones específicas de las
cuales la víctima ha solicitado que el demandado se mantenga alejado:)

BAIL SET AT: **$2,500.00**            TWELVE (12) HOUR HOLD EXPIRES: **07/07/2024**    Time:  : **10:55 AM**
(FIANZA FIJADA EN)            (DOCE (12) HORAS DE DETENCIÓN ENCEN):

If #5 above applies, Twelve (12) Hour Hold Extended     Hours (up to 24 Hours after the time of arrest).
(Si se aplica el punto 5 anterior, doce (12) horas de espera extendida)
(Ver línea arriba) Horas (hasta 24 Horas después de la hora del arresto).
TWELVE (12) HOUR HOLD PLUS ADDITIONAL     HOUR HOLD EXPIRES:            Time:
DOCE (12) HORAS DE RETENCIÓN MÁS ADICIONALES (VER LÍNEA ARRIBA)
LA HORA DE RETENCIÓN VENCE (VER LÍNEA ARRIBA)

[ ] TWELVE (12) HOUR HOLD WAIVED(RENUNCIA DE RETENCIÓN DE DOCE (12) HORAS)

IT IS FURTHERED ORDERED that a copy of this order be given to the defendant, the victim, and all appropriate law
enforcement agencies.
(SE ORDENA TAMBIÉN que una copia de esta orden sea entregada al acusado, la víctima y todas las oficinas de orden
público pertinentes.)

████████            7/7/2024
Commissioner (Notario/Notaria) Umeka MForeman        Date (Fecha)

I acknowledge these conditions (Me doy por enterado de las siguientes condiciones):

X _Lichu Woods_            7/7/2024
Defendant (Acusado)            Date (Fecha)

[ ] Defendant received conditions (El demandado recibió condiciones / La demandada recibió condiciones)

Reason unable to sign (Razón por no poder firmar)

Employee Number (Número de empleado)
This document was EMAILED on 7/7/2024 AM at 02:13 by user uforeman from machine GSCTGDLPG13

## ORDER DISCHARGING DEFENDANT FROM CONDITIONS OF BAIL
### (ORDEN LIBERANDO AL ACUSADO DE LAS CONDICIONES DE FIANZA)

For good cause, IT IS ORDERED that the defendant is discharged from all conditions of bail set above, except

_____

and the clerk shall send notice to appropriate law enforcement agencies.

(De buena fe, SE ORDENA que el acusado sea liberado de todas las condiciones de fianza establecidas anteriormente, excepto por

_____

y el secretario enviará notificación a las oficinas de orden público pertinentes.)

Judge _____          Date _____
(Juez)          Commissioner (Notario/Notaria) Umeka  MForeman          (Fecha)

## NOTICE TO DEFENDANT
### (NOTIFICACIÓN AL ACUSADO)

If you violate this order thinking that the other party has given you permission to do so, you are wrong and can be arrested and prosecuted. The terms of this order cannot be changed by agreement of the parties. Only the court can change this order.

(Si usted infringe esta orden pensando que el solicitante le ha autorizado hacerlo, usted está equivocado y puede ser arrestado y procesado. Los términos de esta orden no pueden ser cambiados por un acuerdo entre ambas partes. Únicamente el tribunal puede cambiar esta orden.)

VIOLATION OF THIS ORDER MAY CONSTITUTE CONTEMPT OF COURT AND/OR A CLASS A MISDEMEANOR PURSUANT TO T.C.A §39-13-113 AND MAY CAUSE YOUR BAIL TO BE REVOKED.

(EL INFRINGIR ESTA ORDEN PUEDE CONSIDERARSE DESACATO AL TRIBUNAL Y/O UN DELITO MENOR DE CLASE A O AMBOS DE ACUERDO AL T.C.A.§39-13-113 Y PUEDE TRAER COMO CONSECUENCIA QUE SU FIANZA SEA REVOCADA.)

If you hurt or try to hurt anyone while this Order, probation or diversion is in effect, you may face separate charges for aggravated assault, a Class C felony. (TCA 39-13-102(c))

(Si lastima o intenta lastimar a alguien mientras esta orden, libertad condicional probatoria o sentencia diferida están en vigencia, usted puede enfrentar cargos adicionales de asalto con agravantes, un delito grave Clase C. (TCA § 39-13-102 (c))

#### Victim List (Lista de víctimas)

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Shatika | | Woods | |

Revised 7/2022

This document was EMAILED on 7/7/2024 AM at 02:13 by user uforeman from machine GSCTGDLPG13